Mark L. Smith (SBN: 213829; applied for admission to Northern District)
marsmith@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone:    213-615-1700
Facsimile:    213-615-1750

Ronald Y. Rothstein (Not admitted in California)
rrothstein@winston.com
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, Illinois 60601
Telephone:    312-558-5600
Facsimile:    312-558-5700

Leda M. Mouallem (SBN: 221258)
lmouallem@winston.com
**WINSTON & STRAWN LLP**
101 California Street  Suite 3900
San Francisco, California  94111-5802
Telephone:    (415) 591-1000
Facsimile:    (415) 591-1400

Attorneys for Plaintiff CHRISTOPHER BOSH

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BOSH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS ZAVALA, an individual,<br><br>Defendant. | Case No. CV 09 80166MISC<br><br>[PROPOSED] ORDER GRANTING ∨ IN PART/DENYING IN PART JUDGMENT CREDITOR BOSH'S EX PARTE APPLICATION FOR TURNOVER ORDER UNDER FRCP 69(a) AND CAL. CIV. PROC. CODE § 699.040(a), AND FOR INTERIM ORDER PROHIBITING THE TRANSFER OF, OR CHANGE OF REGISTRANT INFORMATION CONCERNING, THE DOMAIN NAME HOLDINGS OF JUDGMENT DEBTOR LUIS ZAVALA AND REQUIRING TURNOVER OF DOMAIN NAME HOLDINGS OF JUDGMENT DEBTOR LUIS ZAVALA<br><br>(NO HEARING REQUIRED) |

1

in part and DENIES in part

1. The Court GRANTS Bosh's *ex parte* Application for a Turnover Order Under Federal Rule of Civil Procedure 69(a) and California Code of Civil Procedure § 699.040(a) and for Interim Order Prohibiting the Transfer of, or Change of Registrant Information Concerning, the Domain Name Holdings of Judgment Debtor Luis Zavala and Requiring Turnover of Domain Name Holdings of Judgment Debtor Luis Zavala.

    1. Judgment Debtor Luis Zavala and each of his agents, servants, employees, registrars, and attorneys, and those persons in active concert or participation with Zavala shall transfer to the CHRISBOSH.com domain name in accordance with the order of the Judgment Creditor Bosh ~~his domain name holdings, including but not limited to those holdings~~ US District Court, of the Central District of California. ~~identified in Exhibit F to Judgment Creditor Bosh's *ex parte* application.~~

    2. No party shall transfer, or in any way participate or assist in the transfer, or otherwise change the registrant information concerning, the domain name ~~holdings of~~ of CHRISBOSH.com being held by judgment debtor Luis Zavala prior to the transfer of ~~those~~ that domain name~~s~~ to Judgment Creditor Bosh. Doing so, or any effort to do so, will violate this order, and the party doing so will be in contempt of this Court.

    3. All parties subject to the attached 4/7/09 order shall comply with that order and failure to do so will result in contempt of the Court.

SO ORDERED:

Date: 8/28, 2009



United States District Judge

IT IS SO ORDERED

Judge Marilyn H. Patel